**Electronically Filed
Supreme Court
SCPW-12-0000577
27-NOV-2012
02:13 PM**

SCPW-12-0000577

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

KENNEDY MAGNO, Petitioner,

vs.

CIRCUIT COURT OF THE SECOND CIRCUIT, STATE OF HAWAIʻI,
Respondent.

---

ORIGINAL PROCEEDING
(CR. NOS. 11-1-0349, 11-1-0419, 11-1-0644)

ORDER DENYING REQUEST FOR RECONSIDERATION
(By: Recktenwald, C.J., Nakayama, Acoba, and McKenna, JJ.,
and Circuit Judge Chang, assigned by reason of vacancy)

Upon consideration of the document submitted by Kennedy Magno and filed on November 21, 2012, which we construe as a motion for reconsideration of the June 29, 2012 order denying the petition for a writ of mandamus, and the record,

IT IS HEREBY ORDERED that the request for reconsideration is denied.

DATED: Honolulu, Hawaiʻi, November 27, 2012.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ Sabrina S. McKenna

/s/ Gary W. B. Chang

